# MORETTI GROUP

COURT REPORTING AND VIDEOCONFERENCING
471 W. SOUTH STREET, STE 41B
KALAMAZOO, MI 49007
800-536-0804
TAX ID# 38-2805037

MR. RICHARD W. WARREN
MILLER, CANFIELD, PADDOCK & STONE
150 WEST JEFFERSON, SUITE 2500
DETROIT, MI 48226

July 10, 2015

Invoice# 00069131

Balance: $1,322.11

Re: ROBBIN PERKINS V ROCK-TENN COMPANY
    ROBBIN PERKINS - MM
    on 06/25/15
    by KARYN S. SCHULTZ

## *Invoicing Information*

Charge Description
ATTENDANCE TO RENDER COURT REPORTING SERVICES:

TRANSCRIPT OF THE DEPOSITION(S)OF:
    ROBBIN PERKINS
(AND A SEPARATE RECORD - CONFIDENTIAL)


EMAILED TRANSCRIPTS AND EXHIBITS
A HARD COPY WAS NOT REQUESTED

Please return this Invoice with
your payment. Thank you!

ORIGINAL TRANSCRIPT DELIVERED BY FEDEX GROUND


            P l e a s e   R e m i t   - - - >   Total Due:  $1,322.11


        WE ACCEPT VISA & MASTERCARD FOR YOUR CONVENIENCE


        If payment mailed by 07/30/15, remit only    $1,283.60

## MYENO REPORTING

*Mary Myeno, RMR, CRR, CSR*
*Certified Shorthand & Realtime Reporter*

6271 Ormada Drive
Kalamazoo, MI 49048
Phone & Fax: 269-385-1868
Cell: 269-501-3856
mmyeno@aol.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2015 | MM-15-167 |

*1519243*

**Bill To**

Miller Canfield Paddock & Stone, PLC
Richard W. Warren
150 West Jefferson, Suite 2500
Detroit, MI 48226
313.963.6420

| Terms |
|---|
| Net 30 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Case Name & File No. | ROBBIN PERKINS vs ROCK-TENN<br>File No. 1:15-cv-0008-RHB | | | |
| Reporter attending | Cindy Rose, CSR 2290 | | | |
| Transcript - mini copy | 10/12/15, Deposition of: TOM SHANNON | 96 | 2.40 | 230.40 |
| E-transcript copy | Electronic transcript e-mailed to:<br>Warren@millercanfield.com and<br>Parent@millercanfield.com<br>(No charge) | 1 | 0.00 | 0.00 |
| Exhibit photocopies | 33 exhibit pgs. - hard copies & scanned copies | 33 | 0.25 | 8.25 |
| S&H | Via USPS 2-day Priority mail | 1 | 10.00 | 10.00 |
| NOTICE | LATE FEE of $25.00 will be assessed on balance over 30 days | | | 0.00 |

153674 / 3

**Total** $248.65

Richard W. Warren 2728      Christopher M. Trebildock 2831

## MYENO REPORTING
*Mary Myeno, RMR, CRR, CSR*
*Certified Shorthand & Realtime Reporter*

# Invoice

| Date | Invoice # |
|---|---|
| 11/4/2015 | MM-15-177 |

6271 Ormada Drive
Kalamazoo, MI 49048
Phone & Fax: 269-385-1868
Cell: 269-501-3856
mmyeno@aol.com



(153674-00004)

**Bill To**
Miller Canfield Paddock & Stone, PLC
Richard W. Warren
150 West Jefferson, Suite 2500
Detroit, MI 48226
313.963.6420

| Terms |
|---|
| Net 30 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Case Name & File No. | ROBBIN PERKINS vs ROCK-TENN<br>File No. 1:15-cv-0008-RHB | | | |
| Reporter attending | MaryEllen Curley-Morabito, CSR-3186 | | | |
| Transcript - mini copy | 10/23/15, Depositions of:<br>GARY WOOD - 63 pgs.<br>MONICA LEGRAND - 22 pgs. | 85 | 2.40 | 204.00 |
| E-transcript copy | Electronic transcript e-mailed to:<br>warren@millercanfield.com AND<br>parent@millercanfield.com (No charge) | 2 | 0.00 | 0.00 |
| Exhibit photocopies | 43 total exhibit pgs. | 43 | 0.25 | 10.75 |
| S&H | Via USPS 2-day Priority mail | 1 | 10.00 | 10.00 |
| NOTICE | LATE FEE of $25.00 will be assessed on balance over 30 days | | | 0.00 |

Richard W. Warren 2728    Christopher M. Trebilcock 2831

THANK YOU!

| **Total** | **$224.75** |
|---|---|